UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

CAMERON WILLIAM NOEL,

        Petitioner,               Case No. 1:21-cv-256

v.                                    Honorable Paul L. Maloney

ROBERT VASHAW,

        Respondent.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  March 31, 2021                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                        United States District Judge